1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for MEHERDAD NAMIRANIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MEHERDAD NAMIRANIAN,<br><br>    Defendant. | Case No. CR-06-0046 CRB (EMC)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CHANGE PROPERTY USED<br>TO SECURE DEFENDANT'S BOND |

**STIPULATION**

Defendant Meherdad Namiranian is on pretrial release in the above-captioned case. To secure his bond, Mr. Namiranian posted his property located at 57 Heritage Drive, San Rafael, California. For financial reasons, Mr. Namiranian now wishes to remove the property at 57 Heritage Drive from the bond and post in its place another property that he owns located at 287 Bahia Lane, San Rafael, California. In preparation for this transaction, a suitable deed of trust in favor of Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, was recorded against the title of the property located at 287 Bahia Lane, San Rafael, California on May 30, 2006.

Good cause appearing therefor, Mr. Namiranian, by and through his counsel, Edward W. Swanson, and the United States, by and through its attorney, Assistant United States Attorney Robert Rees, HEREBY STIPULATE that Meherdad Namiranian may use his property located at 287 Bahia Lane, San Rafael, California to secure his bond. The parties FURTHER STIPULATE that the property

///

located at 57 Heritage Drive, San Rafael, California should be reconveyed to Mr. Namiranain. All other conditions of release shall remain unchanged.

IT IS SO STIPULATED.

Dated: June 7, 2006 /s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Attorney for Meherdad Namiranian

Dated: June 7, 2006 /s/
Robert Rees
Assistant United States Attorney

**ORDER**

Good cause appearing therefor, and upon the stipulation of the parties, it is HEREBY ORDERED that Meherdad Namiranian may use his property located at 287 Bahia Lane, San Rafael, California to secure his bond, and that the Clerk of the Court reconvey the Deed of Trust recorded against his property located at 57 Heritage Drive, San Rafael, California. All other conditions of release shall remain unchanged.

IT IS SO ORDERED.

Dated: June 16, 2006

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2