Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for MEHERDAD NAMIRANIAN

FILED
APR 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-06-0046 CRB (EMC) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL TO VALLEJO, CALIFORNIA** |
| vs. | |
| MEHERDAD NAMIRANIAN, | |
| Defendant. | |

Defendant Meherdad Namiranian, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Robert Rees, hereby stipulate and agree as follows:

1. On November 14, 2005, this Court set conditions of release for defendant Meherdad Namiranian, one of which was a condition that he not travel outside the Northern District of California.

2. The parties agree to a modification of Mr. Namiranian's release conditions to permit travel to both the Northern District of California and Vallejo in the Eastern District of California. The purpose of this modification is to allow Mr. Namiranian to use his Six Flags Discovery Kingdom season pass with his family.

///
///
///

3.  Pretrial Services Officer Tim Elder has no objection to the proposed modification.

IT IS SO STIPULATED.

DATED:   April 25, 2007            /s/
                                   Edward W. Swanson
                                   Swanson, McNamara & Haller LLP
                                   Counsel for Defendant Meherdad Namiranian

DATED:   April 25, 2007            /s/
                                   Robert Rees
                                   Assistant Untied States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT NAMIRANIAN SHALL NOTIFY PRETRIAL SERVICES OF HIS TRAVEL PLANS BEFORE LEAVING THE NORTHERN DISTRICT.

DATED: 4/26/07

EDWARD M. CHEN
United States Magistrate Judge

2